# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1876
Lower Tribunal Nos. 14-21803, F89-49366, F89-43031, F89-43757

_____

**Gregory O'Neil Henderson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Gregory O'Neil Henderson, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Gregory O'Neil Henderson, the respondent below, appeals from a final order which found, following a statutorily mandated annual review, that Henderson continues to meet criteria for civil commitment as a sexually violent predator within the meaning of the Involuntary Civil Commitment of Sexually Violent Predators Act. <u>See generally</u> §§ 394.910-394.932, Fla. Stat. (2021).

We find no merit in the claims raised on appeal by Henderson, and affirm. To the extent Henderson has asserted a claim of ineffective assistance of his appointed counsel, we affirm such claim without prejudice to the filing of a petition for writ of habeas corpus pursuant to rule 4.460, Florida Rules of Civil Procedure for Involuntary Commitment of Sexually Violent Predators.[1] <u>See</u> <u>Bohner v. State</u>, 157 So. 3d 526 (Fla. 1st DCA 2015) (recognizing that, as in criminal cases, claims of ineffective assistance of counsel in involuntary civil commitment of sexually violent predator cases cannot be raised on direct appeal, except in those rare instances where counsel's ineffectiveness can be discerned from the face of the record); <u>Ivey</u>

---

[1] Providing in pertinent part: "The respondent may file a petition for habeas corpus alleging ineffective assistance of counsel in the county in which the judgment was rendered within two years after the judgment becomes final." We express no view on the merits of any such claim.

2

v. Dep't of Children and Family Svcs., 974 So. 2d 480 (Fla. 2d DCA 2008) (same).